HUFFINES
8200 DOUGLAS AVENUE SUITE 300
DALLAS, TX 75225
(214)750-1800

Date: 12/15/2011

Direct Deposit

PAY TO THE ORDER OF

HOWARD E PORTEUS
1301 SHARDS COURT
CORINTH TX 76210

Total Net Direct Deposit(s)
**$4521.32**

VOID THIS IS NOT A CHECK..............................

BANK OF AMERICA
PAYABLE IF DESIRED AT
ALL BANK OF AMERICA BANKS

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION

HOWARD E PORTEUS
1301 SHARDS COURT
CORINTH, TX 76210

Soc Sec #: XXX-XX-XXXX   Employee ID: 1
Hire Date: 01/29/07
Status:
Filing Status:
Federal: Married, 3
State: TX, Married, 0
Dept: 100

Pay Period: 11/29/11 to 12/13/11
Check Date: 12/15/11   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 5635 | 4325.07 | 94991.01 |
| HEALTH SAVINGS | 196.25 | 4513.75 |
| Net Pay | 4521.32 | 99504.76 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 5208.33 | 353.35 | 119791.5 |
| MEDICAL INS | | | -77.50 | | -1782.5 |
| AFLAC PRE TAX | | | -13.26 | | -304.9 |
| HSA INDIVUDAL E | | | -196.25 | | -4513.7 |
| *HOURS WORKED* | | | | 353.35 | |
| *ADJ EARNINGS* | | | 4921.32 | | 113190.3 |
| *GROSS EARNINGS* | | | 5208.33 | 353.35 | 119791.5 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CAR ALLOWANCE | -184.61 | -4246.0 |
| HEALTH SAVINGS | -196.25 | -4513.7 |
| TOTAL | -380.86 | -8759.7 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 709.50 | 16318.5 |
| OASDI | | 4485.6 |
| MEDICARE | 71.36 | 1641.2 |
| TOTAL | 780.86 | 22445.3 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 4521.32 | 99504.7 |

Payroll by Paychex, Inc.
0472-D25P HUFFINES MANAGEMENT PARTNERS L ■ 8200 DOUGLAS AVENUE SUITE 300 ■ DALLAS, TX 75225 ■ (214)750-1800 ■

**HUFFINES MANAGEMENT PARTNERS L**
8200 DOUGLAS AVENUE SUITE 300
DALLAS, TX 75225
(214)750-1800

0472-D25P 100 161-798 531 NC

| | DATE | CHECK NO. |
|---|---|---|
| | 11/30/2011 | Direct Deposit |

PAY TO THE ORDER OF

HOWARD E PORTEUS
1301 SHARDS COURT
CORINTH TX 76210

Total Net Direct Deposit(s)
**$4376.32**
AMOUNT

VOID THIS IS NOT A CHECK..................................................

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
HOWARD E PORTEUS
1301 SHARDS COURT
CORINTH, TX 76210

Soc Sec #: XXX-XX-XXXX    Employee ID: 1
Hire Date: 01/29/07
Status:
Filing Status:
Federal: Married, 3
State: TX, Married, 0
Dept: 100

Pay Period: 11/14/11 to 11/28/11
Check Date: 11/30/11    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 5635 | 4180.07 | 90665.94 |
| HEALTH SAVINGS | 196.25 | 4317.50 |
| Net Pay | 4376.32 | 94983.44 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 70.67 | 60.0938 | 5208.33 | 353.35 | 114583.26 |
| MEDICAL INS | | | -77.50 | | -1705.00 |
| AFLAC PRE TAX | | | -13.26 | | -291.72 |
| HSA INDIVUDAL E | | | -196.25 | | -4317.50 |
| **HOURS WORKED** | 70.67 | | | 353.35 | |
| **ADJ EARNINGS** | | | 4921.32 | | 108269.04 |
| **GROSS EARNINGS** | 70.67 | | 5208.33 | 353.35 | 114583.26 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CAR ALLOWANCE | -184.61 | -4061.42 |
| HEALTH SAVINGS | -196.25 | -4317.50 |
| TOTAL | -380.86 | -8378.92 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 709.50 | 15609.00 |
| OASDI | 145.00 | 4485.60 |
| MEDICARE | 71.36 | 1569.92 |
| TOTAL | 925.86 | 21664.52 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 4376.32 | 94983.44 |

Payrolls by Paychex, Inc.
**0472-D25P** HUFFINES MANAGEMENT PARTNERS L ■ 8200 DOUGLAS AVENUE SUITE 300 ■ DALLAS, TX 75225 ■ (214)750-1800 ■

HUFFINES MANAGEMENT PARTNERS L
8200 DOUGLAS AVENUE SUITE 300
DALLAS, TX 75225
(214)750-1800

531 NC 161-798 11/15/2011 Direct Deposit

DATE | CHECK NO.

PAY TO THE ORDER OF

HOWARD E PORTEUS
1301 SHARDS COURT
CORINTH TX 76210

Total Net Direct Deposit(s)
**$4314.67**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE | FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION

HOWARD E PORTEUS
1301 SHARDS COURT
CORINTH, TX 76210

Soc Sec #: XXX-XX-XXXX    Employee ID: 1
Hire Date: 01/29/07
Status:
Filing Status:
Federal: Married, 3
State: TX, Married, 0
Dept: 100

Pay Period: 10/29/11 to 11/13/11
Check Date: 11/15/11    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 5635 | 4118.42 | 86485.87 |
| HEALTH SAVINGS | 196.25 | 4121.25 |
| Net Pay | 4314.67 | 90607.12 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 5208.33 | 282.68 | 109374.93 |
| MEDICAL INS | | | -77.50 | | -1627.50 |
| AFLAC PRE TAX | | | -13.26 | | -278.46 |
| HSA INDIVUDAL E | | | -196.25 | | -4121.25 |
| **HOURS WORKED** | | | | 282.68 | |
| **ADJ EARNINGS** | | | 4921.32 | | 103347.72 |
| **GROSS EARNINGS** | | | 5208.33 | 282.68 | 109374.93 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CAR ALLOWANCE | -184.61 | -3876.81 |
| HEALTH SAVINGS | -196.25 | -4121.25 |
| TOTAL | -380.86 | -7998.06 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 709.50 | 14899.50 |
| OASDI | 206.65 | 4340.60 |
| MEDICARE | 71.36 | 1498.56 |
| TOTAL | 987.51 | 20738.66 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 4314.67 | 90607.12 |

Payrolls by Paychex, Inc.
0472-D25P HUFFINES MANAGEMENT PARTNERS L ■ 8200 DOUGLAS AVENUE SUITE 300 ■ DALLAS, TX 75225 ■ (214)750-1800 ■

# INDIVIDUAL EARNINGS REPORT
## HUFFINES MANAGEMENT PARTNERS LP - D25P

12/02/2011　PAGE 1

```
1 PORTEUS, HOWARD E            SOC. SEC. #: XXX-XX-XXXX    SEX:
  1301 SHARDS COURT            HIRE: 01/29/2007   TERM:
  CORINTH, TX 76210            PAYFREQ: 24   FED/ST DEPS: M3/M0
  (   )  -                     DIV/BRCH/DEPT: 100
                               SALARY:    5208.33 HOURLY:    60.094
```

| RECURRINGS | CODE/DESC | TYPE | | AMOUNT | TARGET | BALANCE |
|---|---|---|---|---|---|---|
| D CA | CAR ALLOWANCE | 0 | 1 | 184.61 | 4800.00 | 4061.42 |
| D HS | HEALTH SAVINGS | 0 | 1 | 196.25 | 6150.00 | 4317.50 |
| E 1P | MEDICAL INS | 0 | 1 | 77.50 | 0.00 | 0.00 |
| E AF | AFLAC PRE TAX | 0 | 1 | 13.26 | 0.00 | 0.00 |
| E HS | HSA INDIVUDAL | 0 | 1 | 196.25 | 6150.00 | 4317.50 |
| D HC | HEALTH SAVINGS | A | | 196.25 | | |
| D C1 | CHECKING 1 | | | 0.00 | NET DEPOSIT | |

| PAYROLL HISTORY | 10/31/2011 | 11/15/2011 | 11/30/2011 | AUG, 11 | SEPT, 11 | OCT, 11 | QTD | YTD |
|---|---|---|---|---|---|---|---|---|
| E 1 REGULAR EARN |  |  | 70.67 |  | 70.67 |  | 70.67 | 2826.68 |
| TOTAL EARNING HOURS |  |  | 70.67 |  | 70.67 |  | 70.67 | 2826.68 |
| E 1 REGULAR EARN | 5208.33 | 5208.33 | 5208.33 | 10416.66 | 10416.66 | 10416.66 | 20833.32 | 104166.60 |
| E 1P MEDICAL INS | -77.50 | -77.50 | -77.50 | -155.00 | -155.00 | -155.00 | -310.00 | -1550.00 |
| E AF AFLAC PRE TA | -13.26 | -13.26 | -13.26 | -26.52 | -26.52 | -26.52 | -53.04 | -265.20 |
| E HS HSA INDIVUDA | -196.25 | -196.25 | -196.25 | -392.50 | -392.50 | -392.50 | -785.00 | -3925.00 |
| TOTAL GROSS EARNINGS | 4921.32 | 4921.32 | 4921.32 | 9842.64 | 9842.64 | 9842.64 | 19685.28 | 98426.20 |
| TOTAL TRUE GROSS | 5208.33 | 5208.33 | 5208.33 | 10416.66 | 10416.66 | 10416.66 | 20833.32 | 104166.60 |
| D C1 CHECKING 1 | 4118.37 | 4118.42 | 4180.87 | 8236.74 | 8236.74 | 8236.74 | 16535.23 | 82367.45 |
| D CA CAR ALLOWANC | -184.61 | -184.61 | -184.61 | -369.22 | -369.22 | -369.22 | -738.44 | -3692.20 |
| D HC HEALTH SAVIN | 196.25 | 196.25 | 196.25 | 392.50 | 392.50 | 392.50 | 785.00 | 3925.00 |
| D HS HEALTH SAVIN | -196.25 | -196.25 | -196.25 | -392.50 | -392.50 | -392.50 | -785.00 | -3925.00 |
| TOTAL DEDUCTIONS | 3933.76 | 3933.81 | 3995.46 | 7867.52 | 7867.52 | 7867.52 | 15796.79 | 78675.25 |
| T 1 FEDERAL | 709.50 | 709.50 | 709.50 | 1419.00 | 1419.00 | 1419.00 | 2838.00 | 14190.00 |
| T 2 OASDI | 206.70 | 206.65 | 145.00 | 413.40 | 413.40 | 413.40 | 765.85 | 4133.95 |
| T 3 MEDICARE | 71.36 | 71.36 | 71.36 | 142.72 | 142.72 | 142.72 | 285.44 | 1427.20 |
| TOTAL EMPLOYEE TAXES | 987.56 | 987.51 | 925.86 | 1975.12 | 1975.12 | 1975.12 | 3888.49 | 19751.15 |
| TOTAL NET PAY |  |  |  |  |  |  |  |  |